IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| FREDERICK BROOKS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:16CV00071 SWW |
| NEW PROJECT LLC d/b/a | * | |
| HAMPTON INN & SUITES | * | |
| | * | |
| Defendant | * | |

## ORDER

Frederick Brooks ("Brooks") commenced this personal injury action against New Project LLC ("New Project") in state court, and on February 5, 2015, New Project removed the case to this Court, alleging diversity of citizenship between the parties and an amount in controversy exceeding $75,000. Now before the Court is the parties' joint motion for remand [ECF No. 8]. After careful consideration, and for reasons that follow, the motion is granted, and the case is remanded to the state court from which it was removed.

On March 4, 2016, Brooks filed a motion for remand pursuant to the "forum defendant rule," which provides that a defendant can remove a case based on diversity jurisdiction only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which the action is brought. *See Horton v. Conklin,* 431 F.3d 602, 604 (8th Cir. 2005)(citing 28 U.S.C. § 1441(b)). Violation of the forum defendant rule constitutes a jurisdictional defect that cannot be waived. *See id*. On March 15, 2016, before expiration of the deadline for New Project's response to the motion for remand, the parties filed a joint motion to remand, asking the Court to remand the case and deny Plaintiff's motion as moot. In light of the parties'

agreement, the joint motion to remand will be granted.

IT IS THEREFORE ORDERED that the parties' joint motion for remand is GRANTED. This case is hereby remanded to the Circuit Court of Pulaski County, Arkansas.

IT IS FURTHER ORDERED that Plaintiff's motion for remand [ECF No. 6] is DENIED AS MOOT.

IT IS SO ORDERED THIS 16TH DAY OF MARCH, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE